O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHROP GRUMMAN CORPORATION, | ) ) | Case No. CV 05-08444 DDP (PLAx) |
| Plaintiff, | ) ) ) | **ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE'S ORDERS ON MOTIONS TO COMPEL** |
| v. | ) ) | |
| FACTORY MUTUAL INSURANCE COMPANY, | ) ) ) | [Docket No. 344] |
| Defendant. | ) ) | |

Presently before the court is Plaintiff Northrop Grumman Corporation's Motion for Reconsideration of Magistrate Judge Abrams' August 8 and September 12, 2011 Orders Regarding Plaintiff's Motion to Compel Information Concerning Adjustment of Claim. A district court must uphold a magistrate judge's pretrial order unless it is "clearly erroneous or contrary to law." See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P 72(a). Here, the court finds no factual or legal error at all in the Magistrate Judge's orders

///

///

///

permitting Plaintiff to depose Defendant's outside consultants, but limiting those depositions to "facts only." (Order Re: Pl.'s Req. for Clarification, Docket No. 343, at 2:17.) The court therefore DENIES Plaintiff's Motion for Reconsideration.

IT IS SO ORDERED.

Dated:October 26, 2011

DEAN D. PREGERSON  
United States District Judge