O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHROP GRUMMAN CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>  Defendant. | Case No. CV 05-08444 DDP (PLAx)<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

The court orders supplemental briefing on Factory Mutual's Phase II Motion for Summary Judgment. The briefing shall address the following issues:

(1) Define a "recoverable gross earnings loss" under the Excess Policy Time Element Coverages provision (Section C.2.A.). The parties may be bound by their definition in the form of a later jury instruction. Therefore it should be concise. **(Not to exceed two pages.)**

(2) Explain the basis for the definition of "recoverable gross earnings loss." (**Not to exceed five pages.**)

///

(3) With reference to that Policy section, Northrop shall explain, step by step, with numbered paragraphs, how it arrived at its calculation of the recoverable gross earnings loss and why that calculation is in compliance with the Policy, and Factory Mutual shall explain how the recoverable gross earnings loss must be calculated and what objections it has to Northrop's methodology. (**Not to exceed five pages.**)

The court finds that Northrop has the burden to establish coverage under this provision of the Policy.  If Northrop fails to establish coverage, it may result in summary adjudication of the Time Element claim in favor of Factory Mutual.

**Cross-briefs are due on July 15.  Each party may submit a cross-reply, not to exceed six pages, by or before July 19.**

IT IS SO ORDERED.

Dated: July 3, 2013

DEAN D. PREGERSON
United States District Judge